```
                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE SOUTHERN DISTRICT OF OHIO
                       WESTERN DIVISION AT CINCINNATI
```

CIVIL ACTION NO.:     1:17-cv-00713

**NICOLE CHRIST**                                              **PLAINTIFF**

**VS.**                              <u>**ORDER**</u>

**UNIVERSITY OF FINDLAY ET. AL.**                              **DEFENDANTS**

This matter came before the Court on Defendant Ultimate Rehab, Ltd.'s ("Ultimate") motion to dismiss for failure to state a claim (Doc. 8.) on Wednesday August 8, 2018. David Croall represented Ultimate while Heidi Hartman represented Defendant University of Findlay. Erin Heidrich, Elizabeth Newman, and Katherine Neff represented Plaintiff. Court reporter Joan Averdick recorded the proceedings.

Therefore, the Court, having heard from the parties, and being otherwise sufficiently advised,

**IT IS ORDERED** that:

(1) Ultimate's motion to dismiss for failure to state a claim (Doc. 8.) is taken under advisement;

(2) The parties shall engage in a **six-month period** of discovery to conclude **February 13, 2019**; and

(3) Dispositive motions shall be filed no later than forty-five (45) days after the close of discovery.

This 13th day of August, 2018.



Signed By:
*William O. Bertelsman* W.OB
United States District Judge

TIC: 22 mins.